IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No: 7:11-MJ-1197-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DANIEL DE'COTY EDWARDS, | ) |
| | ) |
| Defendant. | ) |

On July 25, 2011, Defendant was indicted in the United States District Court for the Middle District of North Carolina. On September 13, 2011, Defendant appeared before this court for purposes of his initial appearance and other initial proceedings. [DE-7]. Defendant was released on conditions set by the court and directed to appear in the district where the charges were pending. The court ordered Defendant released on a $10,000 unsecured appearance bond co-signed by Saprina Edwards, as surety, who deposited $1,000 as bond with the Clerk of Court for the Eastern District of North Carolina. *See* Receipt [DE-13-1].

The court is informed that Defendant has satisfied the conditions set forth in the appearance bond and that Defendant is presently incarcerated at the Federal Correctional Institute in Bennettsville, South Carolina. The bond conditions having been satisfied, in accordance with Fed. R. Crim. P. 46(g), Ms. Edwards as surety is hereby exonerated and the court directs Clerk of Court to release the $1,000 bond deposit to **Saprina Michelle Edwards, 200 Ty Drive, Shannon, North Carolina 28386**.

SO ORDERED this 16th day of July, 2012.

Robert B. Jones, Jr.
United States Magistrate Judge